ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Negar Vahdar-Hagh

Plaintiff,

v.

OSI Collections, Inc., a foreign corporation f/k/a/ Payco General American, James Clark, Brandon Lamb, and Shannon Grave.

Defendants.

Court File No. 00-1029 RHK/JMM

**STIPULATION, and Order TO AMEND ANSWER**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that Defendants OSI Collections, Inc., a foreign corporation f/k/a/ Payco General American, James Clark, Brandon Lamb, and Shannon Grave may file and serve the attached Amended Answer without the necessity of a hearing on said amendment. This stipulation is made pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Dated: June 26th, 2000

Thomas J. Lyons, Jr., Esq.
**CONSUMER JUSTICE CENTER, P.A.**
* Peter F. Barry, Esq.
**The Barry Law Office Ltd.**
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Telephone: (651) 770-9707

**Attorneys for Plaintiff**

Dated: June 21, 2000

James F. Roegge (#92678)
Alana K. Bassin (#266589)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661
**Attorneys for Defendants**

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY ORDERED pursuant to the parties' Stipulation, Defendants may amend their Answer in the form agreed upon by the parties. The Amended Answer shall be filed no later than July 14, 2000.

Dated: July 5, 2000

JOHN M. MASON
United States Magistrate Judge

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Negar Vahdar-Hagh

Plaintiff,

v.

OSI Collections, Inc., a foreign corporation f/k/a/ Payco General American, James Clark, Brandon Lamb, and Shannon Grave.

Defendants.

Court File No. 00-1029 RHK/JMM

**AMENDED ANSWER OF DEFENDANTS**

---

COMES NOW defendants and for their Answer to the plaintiff's Complaint, state and allege:

1. Deny each and every allegation of plaintiff's Complaint except as otherwise stated, qualified or admitted herein.

2. Defendants admit that its representatives contacted plaintiff in an effort to collect an outstanding debt, but specifically deny that they engaged in any unlawful collection practices or otherwise violated any state or federal law, including the Fair Debt Collection Practices Act.

3. Plaintiff's Complaint fails, in whole or in part, to state a claim upon which relief may be granted.

4. Without in any way admitting plaintiff's allegations, should liability attach to these answering defendants, plaintiff has failed to sustain any damages and is put to her strict proof of same.

5. Without in any way admitting plaintiff's allegations, should liability attach to these answering defendants, that liability is limited under the Fair Debt Collection Practices Act.

FILED________________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK___________

6. Without in any way admitting plaintiff's allegations, any alleged violation of the Fair Debt Collection Practices Act was the result of a bona fide error.

7. Defendants allege that plaintiff's claims may be barred, in whole or in part, by the applicable statute of limitations.

8. Defendants allege that plaintiff's claims may be barred, in whole or in part, by the equitable doctrine of laches.

9. Defendants allege that plaintiff's claims may be barred, in whole or in part, by the equitable doctrine of estoppel.

10. Defendants allege that plaintiff's claims may be barred, in whole or in part, by the doctrine of waiver.

11. Defendants allege that plaintiff's claims may be barred, in whole or in part, by plaintiff's lack of standing.

12. Defendants allege that plaintiff's claims may be barred, in whole or in part, by the doctrine of *in pari delicto* and/or the doctrine of unclean hands.

13. Defendants allege that the Minn. Stat. §604.01 subd.(a) limits or bars plaintiff's right of recovery against defendant.

14. Defendants reserve the right to assert other defenses as discovery proceeds.

WHEREFORE, defendants pray for the judgment of this court as follows:

1. Dismissing the Complaint against defendants with prejudice and on the merits.

2. Awarding answering defendant its costs, disbursements, and reasonable attorney's fees incurred to defend this matter.

3. For such other just and equitable relief as this court deems appropriate.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, defendant hereby requests a trial by jury, composed of the maximum number of jurors allowed by law on all factual issues in this case.

Dated: June 29, 2000

James F. Roegge (#92678)
Alana K. Bassin (#266589)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661

**Attorneys for Defendant**

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that costs, disbursements and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. §549.211 to the party against whom the allegations in this pleading are asserted.

James F. Roegge (#92678)
Alana K. Bassin (#266589)

/804877