UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NEGA VAHDAT-HAGH,

Plaintiff,

vs CV 00-1029 RHK/JMM

OSI COLLECTIONS INC., a foreign corporation fka Payco General American Credits, Inc.; JAMES CLARK; BRANDON LAMB; SHANNON GRAVE,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 20, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED APR 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______